# Court of Appeals
# of the State of Georgia

ATLANTA,____June 28, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1889. SANDIP DUTTA v. URMI DUTTA.

Urmi Dutta filed a petition to hold her ex-husband, Sandip Dutta, in contempt for failing to comply with the parties' settlement agreement, which was incorporated into the divorce decree. The trial court entered an order requiring Sandip Dutta to pay his ex-wife over $18,000. Sandip Dutta filed this direct appeal from the trial court's order.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____*06/28/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*